UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK        Attorney: LEE LITIGATION GROUP

YESENIA ROJO URIBE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff(s)

　　　　　　　　　　　　- against -　　　　　　　　　　　Index # 1:20-CV-04023-KAM-VMS

MOBILE CITY NY, LLC, ETAL                                   Purchased August 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 15, 2020 at 09:15 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on MOBILE CITY NY, LLC therein named,

**SECRETARY OF STATE**  a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: October 19, 2020

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 751684 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045