UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YESENIA ROJO URIBE,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

MOBILE CITY NY, LLC,
JOHN DOE CORPORATIONS 1-100,
PARAS CHHABRA, PREET CHHABRA,
WINKY CHHABRA, VICTOR TREJO,
EMILY MARTINEZ, and
VERONICA ANDUJAR,

                Defendants.

---

Case No.: 1:20-cv-04023

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff YESENIA ROJO URIBE are hereby dismissed, without prejudice, in their entirety as against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: November 23, 2020
      New York, New York

By: _____
     C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorney for Plaintiff*

SO ORDERED:

Dated: 11/23/20                          Kiyo A. Matsumoto, USDJ
                                                   Hon. Kiyo A. Matsumoto, U.S.D.J